# STORCH AMINI PC

Casey J. Hail
**MEMBER NY BAR**

212.497.8271
chail@storchamini.com

January 18, 2018

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Oorah, Inc. v. Kane Kessler, P.C., *et al.*, Civ. Act. No. 1:17-cv-07175**

Dear Judge Engelmayer:

We represent Plaintiff Oorah, Inc. ("Oorah") in the above-referenced action, and write on behalf of all parties to this litigation. We respectfully request that the initial pretrial conference currently scheduled for February 9, 2018, be rescheduled to an alternate date, as lead trial counsel for all parties are not available on that currently scheduled date.

Having conferred, counsel are available for an initial pretrial conference on February 14. In the event that date is unavailable, we will promptly meet and confer regarding additional scheduling options.

Thank you for your consideration of this matter.

Respectfully submitted,

*Casey J. Hail*
Casey J. Hail

cc:   All counsel of record