UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OORAH, INC.,

                                    Plaintiff,                        17 Civ. 7175 (PAE)

              -v-

                                                                        ORDER

KANE KESSLER, P.C., et al.,

                                  Defendants.

PAUL A. ENGELMAYER, District Judge:

       The Court has been informed by the Hon. Sarah L. Cave, U.S. Magistrate Judge, that the parties' June 10, 2020 settlement conference was unsuccessful.  The Court will therefore adopt the schedule similar to that proposed by the parties in docket 111:

- All depositions are to be completed, and requests to admit served, no later than July 30, 2020;
- all fact discovery is to be completed no later than August 31, 2020; and
- all expert discovery is to be completed no later than September 14, 2020.

The Court encourages the parties to confer on the topic of remote depositions, as such depositions may be necessary given the current public health situation.  If the parties are interested in a subsequent settlement conference after they conduct depositions, plaintiff's counsel is to contact Judge Cave's chambers to schedule such a conference.

       A case management conference is scheduled before this Court on September 30, 2020 at 10:30 a.m.  If either party wishes to move for summary judgment, they are to file pre-motion letters in accordance with the Rule 3.H of the Court's Individual Rules.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 12, 2020
       New York, New York