UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
OORAH, INC.,        :
        :        17 Civ. 7175 (PAE)
        Plaintiff,        :
        :        ORDER
    -v-        :

KANE KESSLER, P.C., GERARD SCHIANO-STRAIN,  :
ESQ, BIRCH COMMUNICATIONS, INC., RONALD     :
KUZON and JOHN DOES 1-10,        :
        :
        Defendants.    :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court today resolved telephonically a discovery dispute, relating to an instruction by counsel to a deponent not to answer a pending deposition question on account of its asserted lack of relevance.  The Court ordered that the questions at issue be answered, with counsel's relevance objection noted on the record.  The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter.

SO ORDERED.

                                                _____
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: September 23, 2020
       New York, New York