

110 East 59th Street, 23rd Floor
New York, NY 10022

Steven G. Storch

(212) 324-3714
sstorch@storchbyrnelegal.com

October 20, 2020

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Oorah, Inc. v. Kane Kessler, P.C.,** *et al.*, Civ. Act. No. 1:17-cv-07175

Dear Judge Engelmayer:

We have prepared a letter in connection with the Defendants' anticipated motion for summary judgment in connection with the forthcoming pre-motion conference on October 28, 2020. In accordance with the Protective Order in this case, we request that we be permitted to file the letter under seal due to Defendants' designation of the transcripts referenced therein as confidential.

Respectfully submitted,

Steven G. Storch

Cc: All counsel of record (via ECF)

Plaintiff may redact all sections of its letter that quote or characterize confidential deposition testimony.  Plaintiff is instructed to file publicly a redacted copy of the letter.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

October 21, 2020