UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OORAH, INC.,

                Plaintiff,

      -v-

KANE KESSLER, P.C., GERARD SCHIANO-STRAIN, ESQ, BIRCH COMMUNICATIONS, INC., RONALD KUZON and JOHN DOES 1-10,

                Defendants.

17 Civ. 7175 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    A pre-motion conference is scheduled for today, October 28, 2020 at 2:30 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Parties are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences.

    SO ORDERED.

                                           *Paul A. Engelmayer*
                                           PAUL A. ENGELMAYER
                                           United States District Judge

Dated: October 28, 2020
       New York, New York