UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OORAH, INC.,

                Plaintiff,

      -v-

KANE KESSLER, P.C., GERARD SCHIANO-STRAIN, ESQ, BIRCH COMMUNICATIONS, INC., RONALD KUZON and JOHN DOES 1-10,

                Defendants.

17 Civ. 7175 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint statement of stipulated facts is due December 18, 2020;
- Defendants' motion for summary judgment is due January 25, 2021;
- Plaintiff's opposition to defendants' motion is due February 23, 2021;
- Defendants' reply is due March 9, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 29, 2020
       New York, New York